*[handwritten: Jennifer]*
*[handwritten: 732-223-2416]*

Certificate Number: <u>01267-NJ-CC-002820506</u>

# **C**ERTIFICATE **O**F **C**OUNSELING

I CERTIFY that on <u>November 6, 2007</u>, at <u>3:54</u> o'clock <u>PM CST</u>,

<u>Vincent S Murphy</u> received from

<u>Money Management International, Inc.</u>,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

<u>District of New Jersey</u>, an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by telephone</u>.

Date: <u>November 6, 2007</u>        By        <u>/s/Mekeisha Smith-Bee</u>

                                    Name    <u>Mekeisha Smith-Bee</u>

                                    Title    <u>Counselor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).