Linda S. Fossi, Esq. (ID #1720)
DEILY, MOONEY & GLASTETTER, LLP
One Greentree Centre
10000 Lincoln Drive East - Suite 201
Marlton, New Jersey  08053
(856) 988-5555

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
HONORABLE KATHRYN C. FERGUSON
CASE NO. 07-27946-KCF

Chapter 7

In the Matter of:

VINCENT S. MURPHY,

Debtor.

**NOTICE OF APPEARANCE WITH REQUEST FOR COPIES
OF ALL ORDERS, NOTICES, AND PLEADINGS
UNDER BANKRUPTCY RULES 2002(g) AND 9010(b)**

DaimlerChrysler Financial Services Americas LLC successor by merger to DaimlerChrysler Services North America LLC, a creditor in the above-captioned case, hereby appears and requests, pursuant to Bankruptcy Rules 2002(g) and 9010(b), that (1) it receive copies of all notices, pleadings, proposed orders and conformed copies of orders filed in this case; and that (2) all such documents be directed to counsel at the address set forth below.

DATED:    December 14, 2007
          Marlton, New Jersey

/s/ Linda S. Fossi
Linda S. Fossi, Esq. ID #1720
DEILY, MOONEY & GLASTETTER, LLP
Attorneys for DaimlerChrysler Financial Services
Americas LLC successor by merger to
DaimlerChrysler Services North America LLC
Office and P.O. Address
One Greentree Centre
10000 Lincoln Drive East - Suite 201
Marlton, New Jersey  08053
Phone:  (856) 988-5555

TO:   Court Clerk
      U.S. Bankruptcy Court
      Clarkson S. Fisher Federal Bldg. & Courthouse
      402 East State Street
      Trenton, New Jersey  08608

      Timothy P. Neumann, Esq.
      Attorney for Debtor
      Old Squan Plaza
      25 Abe Voorhees Drive
      Manasquan, New Jersey  08736

      Andrea Dobin, Esq. (Trustee)
      Sterns & Weinroth
      50 West State St., Suite 1400
      PO Box 1298
      Trenton, New Jersey  08608

B-DCSNY.07.06163