MURPHYNJ0460

```
              IN THE UNITED STATES BANKRUPTCY COURT
           FOR THE DISTRICT OF NEW JERSEY, TRENTON DIVISION


IN RE: VINCENT S MURPHY           :  CHAPTER: 7
                                  :
                                  :
                                  :  BANKRUPTCY NO: 07-27946-KCF


          REQUEST OF CREDITOR PURSUANT TO BANKRUPTCY RULE 2002(g)
                       PROVIDING ADDRESS FOR SERVICE
                                OF NOTICES
```

To the Clerk:

   1.  This request is filed pursuant to Bankruptcy Rule 2002(g) for the purpose of ensuring that the creditor listed below receives all notices required to be mailed under Bankruptcy Rule 2002 at the address below.

   2.  The address to which all such notices should be sent is:

> **eCAST Settlement Corporation**
> **POB 35480**
> **Newark NJ 07193-5480**

```
                         By:   /s/Gilbert B. Weisman
                               _____
                               Gilbert B Weisman Esquire PA59872
                               Becket and Lee LLP Attorneys Agent
                               POB 3001
                               MALVERN PA 19355-0701
                               PHONE:   (610) 644-7800
                               FAX  :   (610) 993-8493
                               EMAIL:   notices@becket-lee.com

                               DATE: January 03, 2008
```

PET: 12/05/2007