# ZUCKER, GOLDBERG & ACKERMAN, LLC
## ATTORNEYS AT LAW

LEONARD B. ZUCKER
MICHAEL S. ACKERMAN
JOEL ACKERMAN*

RICHARD P. HABER **
FRANCES GAMBARDELLA
BRIAN C. NICHOLAS***
STEVEN D. KROL
ERIC SANTOS****
ANTHONY J. RISALVATO*****

*ALSO MEMBER OF NY, PA AND CA BAR
** ALSO MEMBER OF PA BAR
***ALSO MEMBER OF NY AND ME BAR
****ALSO MEMBER OF NY AND PA BAR
*****ALSO MEMBER OF NY BAR
******MEMBER OF PA BAR ONLY

OF COUNSEL :
SCOTT A. DIETTERICK, ESQ.******
KIMBERLY A. BONNER, ESQ.******

200 SHEFFIELD STREET- SUITE 301
P.O. BOX 1024
MOUNTAINSIDE, NJ 07092-0024

TELEPHONE: 908-233-8500
FACSIMILE: 908-233-1390
E-MAIL: office@zuckergoldberg.com
**For payoff/ reinstatement figures**
please send your request to: zuckergoldberg.com/pr
*REPLY TO NEW JERSEY ADDRESS*

FOUNDED IN 1923
AS ZUCKER & GOLDBERG

MAURICE J. ZUCKER (1918-1979)
LOUIS D. GOLDBERG (1923-1967)
LEONARD H. GOLDBERG (1929-1979)
BENJAMIN WEISS (1949-1981)

Pennsylvania Office:
P.O. Box 650
Hershey, PA 17033
717-533-3560
fax: 717-533-3562

XCZ 84063-1/dn

January 3, 2008

Clerk, U.S. Bankruptcy Court
U.S. Courthouse
402 East State Street, 4th Floor
Trenton, NJ 08608

           **Re:** **Vincent S. Murphy**
  **Loan No.:** **5003538411**
  **Case No.:** **07-27946-KCF**
  **Premises:** **9 Assateague Road, Howell, NJ  07731**
**Secured Creditor:** **CitiMortgage, Inc., successor in interest by merger to CitiFinancial Mortgage Company Inc.**

Dear Sir:

Relative to the above noted bankruptcy filed in your office, this office represents CitiMortgage, Inc., successor in interest by merger to CitiFinancial Mortgage Company Inc., the secured creditor in the above matter.

At the request of our client, we enclose herewith the Notice of Appearance.

Kindly file same in your office.  Thank you.

                        Very truly yours,

                        ZUCKER, GOLDBERG & ACKERMAN

                    By:   /s/ *Joel A. Ackerman*
                           JOEL A. ACKERMAN

JAA/dn
Enclosures
cc:    Timothy P. Neumann Esq.
        Andrea  Dobin Trustee
           Vincent S. Murphy

JOEL A. ACKERMAN
JA 4027

XCZ 84063-1/dn
ZUCKER, GOLDBERG & ACKERMAN
Attorneys for Secured Creditor
CitiMortgage, Inc., successor in interest by merger to CitiFinancial Mortgage Company Inc.
200 Sheffield Street, Suite 301
P.O. Box 1024
Mountainside, New Jersey 07092-0024
1-908-233-8500

|  |  |
|---|---|
|  | : UNITED STATES BANKRUPTCY COURT |
|  | : FOR THE DISTRICT OF NEW JERSEY |
| IN RE: | : |
|  | : CHAPTER 7 |
| Vincent S. Murphy | : |
|  | : CASE NO.  07-27946-KCF |
| DEBTOR. | : |
|  | : **NOTICE OF APPEARANCE** |

TO: THE CLERK OF THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF NEW JERSEY;

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance in the above stated action on behalf of CitiMortgage, Inc., successor in interest by merger to CitiFinancial Mortgage Company Inc. the Secured Creditor.

                                        ZUCKER, GOLDBERG & ACKERMAN
                                        ATTORNEYS FOR SECURED CREDITOR
                                          /s/   **JOEL A. ACKERMAN**
                                        JOEL A. ACKERMAN
                                        MEMBER OF THE FIRM

DATED:  January 3, 2008

---

**THIS IS AN ATTEMPT TO COLLECT A DEBT.
ANY INFORMATION OBTAINED
WILL BE USED FOR THAT PURPOSE.**

---

## ZUCKER, GOLDBERG & ACKERMAN, LLC
### ATTORNEYS AT LAW

LEONARD B. ZUCKER
MICHAEL S. ACKERMAN
JOEL ACKERMAN*

RICHARD P. HABER **
FRANCES GAMBARDELLA
BRIAN C. NICHOLAS***
STEVEN D. KROL
ERIC SANTOS****
ANTHONY J. RISALVATO*****

*ALSO MEMBER OF NY, PA AND CA BAR
** ALSO MEMBER OF PA BAR
***ALSO MEMBER OF NY AND ME BAR
****ALSO MEMBER OF NY AND PA BAR
*****ALSO MEMBER OF NY BAR
******MEMBER OF PA BAR ONLY

OF COUNSEL :
SCOTT A. DIETTERICK, ESQ.******
KIMBERLY A. BONNER, ESQ.******

200 SHEFFIELD STREET- SUITE 301
P.O. BOX 1024
MOUNTAINSIDE, NJ 07092-0024

TELEPHONE: 908-233-8500
FACSIMILE: 908-233-1390
E-MAIL: office@zuckergoldberg.com
**For payoff/ reinstatement figures**
**please send your request to: zuckergoldberg.com/pr**
*REPLY TO NEW JERSEY ADDRESS*

FOUNDED IN 1923
AS ZUCKER & GOLDBERG

MAURICE J. ZUCKER (1918-1979)
LOUIS D. GOLDBERG (1923-1967)
LEONARD H. GOLDBERG (1929-1979)
BENJAMIN WEISS (1949-1981)

Pennsylvania Office:
P.O. Box 650
Hershey, PA 17033
717-533-3560
fax: 717-533-3562

NOTICE REQUIRED BY THE
FAIR DEBT COLLECTION
PRACTICES ACT, (the act),
15 U.S.C. SECTION 1601 AS AMENDED

**THIS IS AN ATTEMPT TO COLLECT A DEBT.  ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

1. The amount due on the debt, as of 01/03/08, is the sum of $428,338.35.  This sum does not include any foreclosure and bankruptcy fees and costs which have been, or may be, incurred in the future or any payments received or advances made after that date.

2. The debt described in the bankruptcy pleadings filed by the Secured Creditor herein and evidenced by the copy of the mortgage note, will be assumed to be valid by the creditor's law firm, unless debtors, within thirty (30) days after receipt of this Notice, disputes, in writing, the validity of the debt or some portion thereof.

3. If the debtor notifies the creditor's law firm in writing within thirty (30) days of the receipt of this Notice, that the debt or any portion thereof, is disputed, the creditor's law firm will obtain verification of the debt and a copy of the verification will be mailed to the debtor by the creditor's law firm.

4. If the creditor who is named as the Secured Creditor in the bankruptcy pleadings, is not the original creditor, and if the debtor makes written request to the creditor's law firm within thirty (30) days from the receipt of this Notice, the name and address of the original creditor will be mailed to the debtor by the creditor's law firm.

5. Written request should be addressed to Zucker, Goldberg & Ackerman, 200 SHEFFIELD STREET, SUITE 301, P.O. BOX 1024, MOUNTAINSIDE, NJ 07092.  Please refer to our file number, which is XCZ 84063-1.