UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

JOEL A. ACKERMAN
JA 4027

XCZ 84063-1/fb
ZUCKER, GOLDBERG & ACKERMAN, LLC
Attorneys for Secured Creditor
CitiMortgage, Inc., successor in interest by merger to
CitiFinancial Mortgage Company Inc.
200 Sheffield Street, Suite 301
P.O. Box 1024
Mountainside, New Jersey 07092-0024
1-908-233-8500

| | |
|---|---|
| In Re:<br>Vincent S. Murphy | Case No.:  07-27946-KCF<br><br>Adv. No.:<br><br>Hearing Date:  03/11/2008@ 10:00am<br><br>Judge:  Kathryn Ferguson |

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

(Page 2)

Debtor:            Vincent S. Murphy

Case No.           07-27946-KCF

Caption of Order:  **ORDER VACATING AUTOMATIC STAY**

Upon the motion of ZUCKER, GOLDBERG & ACKERMAN, LLC, attorneys for secured creditor, CitiMortgage, Inc., successor in interest by merger to CitiFinancial Mortgage Company Inc., under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for good cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

_____ Real property more fully described as 9 Assateague Road, Howell, NJ 07731

_____ Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and other party who entered an appearance on the motion.