Form clsnodsc – ntcclsnodis

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 07–27946–KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Vincent S. Murphy
   9 Assateague Rd
   Howell, NJ 07731

Social Security No.:
   xxx–xx–9254

Employer's Tax I.D. No.:

**NOTICE OF CASE CLOSING WITHOUT DISCHARGE**

    You are hereby notified that the above−named case will be closed without entry of discharge on or after April 9, 2008 for the reason(s) indicated below.

☑   Debtor has not filed a Debtor's Certification of Completion of Instructional Course Concerning Financial Management (Official Form B23) proving compliance with the instructional course requirement for discharge.

☐   Joint debtor has not filed a Debtor's Certification of Completion of Instructional Course Concerning Financial Management (Official Form B23) proving compliance with the instructional course requirement for discharge.

☐   Debtor has not certified that all domestic support obligations due have been paid.

☐   Joint debtor has not certified that all domestic support obligations due have been paid.

    The Case will close in the normal course. If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee.

Dated: March 10, 2008
JJW: dpn

                                                               James J. Waldron
                                                               Clerk

Copies served on all creditors and parties in interest