| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>JOEL A. ACKERMAN<br>JA 4027<br><br>XCZ 84063-1/fb<br>ZUCKER, GOLDBERG & ACKERMAN, LLC<br>Attorneys for Secured Creditor<br>CitiMortgage, Inc., successor in interest by merger to<br>CitiFinancial Mortgage Company Inc.<br>200 Sheffield Street, Suite 301<br>P.O. Box 1024<br>Mountainside, New Jersey 07092-0024<br>1-908-233-8500 | Order Filed on 3/11/2008 by Clerk U.S. Bankruptcy Court District of New Jersey |
| In Re:<br>Vincent S. Murphy | Case No.: 07-27946-KCF<br><br>Adv. No.:<br><br>Hearing Date: 03/11/2008 @ 10:00am<br><br>Judge: Kathryn Ferguson |

### ORDER VACATING AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: 3/11/2008**

_____
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)
Debtor: Vincent S. Murphy
Case No. 07-27946-KCF
Caption of Order: **ORDER VACATING AUTOMATIC STAY**

Upon the motion of ZUCKER, GOLDBERG & ACKERMAN, LLC, attorneys for secured creditor, CitiMortgage, Inc., successor in interest by merger to CitiFinancial Mortgage Company Inc., under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for good cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

__X__ Real property more fully described as 9 Assateague Road, Howell, NJ 07731

_____ Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and other party who entered an appearance on the motion.

*Approved by Judge Kathryn C. Ferguson  March 11, 2008*