Linds S. Fossi, Esq. (ID #1720)
DEILY, MOONEY & GLASTETTER, LLP
One Greentree Centre, Suite 201
Marlton, NJ 08053
(856) 988-5555
Attorneys for Creditor, DaimlerChrysler Financial Services Americas LLC, successor by merger to DaimlerChrysler Services North America LLC

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
HONORABLE Kathryn C. Ferguson
CASE NO. 07-27946-KCF

Chapter 7

_____

In the Matter of:

VINCENT S. MURPHY,

Debtor.

_____

.   **NOTICE OF CREDITOR'S MOTION FOR**
.   **RELIEF FROM AUTOMATIC STAY**
.   **PURSUANT TO 11 U.S.C. SECTION 362 (d) (1)**
.
.
.
.

HEARING DATE AND TIME:
May 19, 2008, 10:00 a.m.

**ORAL ARGUMENT IS REQUESTED IN THE EVENT
OPPOSITION IS TIMELY FILED**

TO:

Timothy P. Neumann, Esq.
Attorney for Debtor
Broege, Neumann, Fischer & Shaver
25 Abe Voorhees Drive
Manasquan, NJ 08736

Andrea Dobin, Esq. (Trustee)
Sterns & Weinroth
50 West State St., Suite 1400
PO Box 1298
Trenton, NJ 08608

Office of the U.S. Trustee
One Newark Center, Suite 2100
Newark, NJ 07102

Vincent S. Murphy (Debtor)
9 Assateague Rd
Howell, NJ 07731

Christine Murphy (Party in Interest)
9 Assateague Rd
Howell, NJ 07731

PLEASE TAKE NOTICE that on May 19, 2008, at 10:00 a.m., or as soon thereafter as counsel may

be heard, Deily, Mooney & Glastetter, LLP, attorneys for DaimlerChrysler Financial Services Americas

LLC, successor by merger to DaimlerChrysler Services North America LLC, the within creditor

("Creditor"), shall move before the Honorable Kathryn C. Ferguson, United States Bankruptcy Judge, at the

United States Bankruptcy Court, Clarkson S. Fisher Federal Bldg. & Courthouse, 402 East State Street,

Trenton, NJ 08608, for an Order pursuant to 11 U.S.C. Section 362(d)(1) granting such Creditor relief from

automatic stay or, in the alternative, directing the Debtor, above-named, to immediately provide for the

adequate protection of any property subject to an interest of a Creditor; for costs and disbursements of this action, and for such other and further relief as to the Court may seem just and proper.

PLEASE TAKE FURTHER NOTICE that in support of the Motion, the undersigned shall rely on the accompanying Motion of Linda S. Fossi, Esq.  A proposed form of Order is also being submitted.  A Memorandum of Law has not been submitted because the issues raised by the Motion are not extraordinary or unusual necessitating the filing of legal briefs.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the relief requested in the Motion shall:  (i) be in writing; (ii) specify with particularity the basis of the objection; and (iii) be filed with the Clerk, United States Bankruptcy Court, Clarkson S. Fisher Federal Bldg. & Courthouse, 402 East State Street, Trenton, NJ 08608 and simultaneously served on Creditor's counsel, Deily, Mooney & Glastetter, LLP, One Greentree Centre, Suite 201, Marlton, NJ 08053 (Attention: Linda S. Fossi, Esq.) so as to be received no later than seven (7) days before the return date set forth herein.

PLEASE TAKE FURTHER NOTICE that unless objections are timely filed and served, the Motion shall be deemed uncontested in accordance with D.N.J. LBR 9013-1(a) and the relief requested may be granted without a hearing.

PLEASE TAKE FURTHER NOTICE that counsel hereby requests oral argument in accordance with D.N.J. LBR 9013-1 (f) in the event opposition papers are timely filed.

Dated:  April 11, 2008

DEILY, MOONEY & GLASTETTER, LLP
Attorneys for DaimlerChrysler Financial Services Americas LLC, successor by merger to DaimlerChrysler Services North America LLC
Chapter 7 Creditor


By:    \s\ Linda S. Fossi                          
Linda S. Fossi, Esq.
DEILY, MOONEY & GLASTETTER, LLP
One Greentree Centre, Suite 201
Marlton, NJ 08053
Tel. (856) 988-5555
07.06163