UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                              :     Case no.:     _____
                                                    :
                                                    :     Chapter:      _____
                                                    :
        Debtor(s)                                   :
_____:

**CERTIFICATION OF NO OBJECTION**

I hereby certify that there have been no objections filed relative to the following proposed Notice of :

❏   Abandonment

❏   Public Sale

❏   Private Sale

❏   Settlement of Controversy

Description of Property:

Date: _____                         JAMES J. WALDRON, Clerk

*Last revised: 6/17/03*