Order Filed on
5/19/2008
by Clerk U.S. Bankruptcy
Court District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Deily, Mooney & Glastetter, LLP
One Greentree Centre, Suite 201
Marlton, NJ  08053

In Re:

    VINCENT S. MURPHY,

        Debtor

. Case No.: 07-27946-KCF
.
. Adv. No.:
.
. Hearing Date: May 19, 2008
.
. Judge:  Kathryn C. Ferguson

**ORDER VACATING AUTOMATIC STAY AS TO PERSONAL PROPERTY**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: 5/19/2008**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

_____

In re:  . Case No. 07-27946-KCF

        VINCENT S. MURPHY,  . Chapter: 7

        Debtor.  . Hearing Date: May 19, 2008

_____

## ORDER VACATING AUTOMATIC STAY
## AS TO PERSONAL PROPERTY

      Upon the motion of Creditor, DaimlerChrysler Financial Services Americas LLC, successor by merger to DaimlerChrysler Services North America LLC, under Bankruptcy Code Section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

      ORDERED, that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

      Personal property more fully described as:

      **One (1) 2005 Dodge Grand Caravan (V.I.N. 2D4GP44L25R394851)**

      It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

      The movant shall serve this Order on the debtor, any trustee and any other party who entered an appearance on the motion.

07.06163

*Approved by Judge Kathryn C. Ferguson  May  19, 2008*